IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02436-PAB-KMT

BROADSHEET LLC, an Isle of Man entity,

Petitioner,

To Issue Subpoenas For the Production of Documents.

---

**ORDER**

---

On October 18, 2011, the Court granted petitioner's Petition and Application for Order Under 28 U.S.C. § 1782 Permitting Applicants to Issue Subpoenas for the Production of Documents from the Estate of Edgar Jerome "Jerry" James and Related Individuals [Docket No. 1]. The Court further ordered that, in the absence of any motions or further activity, this case would be closed sixty days after the entry of that order. There has been no activity in this case since the entry of the October 18 order. Therefore, it is

**ORDERED** that this case shall be closed in its entirety.

DATED December 19, 2011.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge