**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 11-cv-02436-RM-KMT | Date: | May 6, 2013 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

BROADSHEET LLC, an Isle of Man entity,                    Richard Michael Simmons

    Plaintiff,

v.

TO ISSUE SUBPOENAS FOR THE                                   Lance Goff
PRODUCTION OF DOCUMENTS.

## COURTROOM MINUTES

**HEARING ON MOTION TO COMPEL**

**1:30 p.m.**     **Court in session.**

Court calls case.  Appearances of counsel.

Also present, interested party, Susan James.

Discussion regarding voluntary compliance with subpoenas, retrieving electronic information from company laptop computer and servers, payment/compensation, and certification of compliance by Defendant.

**ORDERED**:   **Petitioner Broadsheet LLC's Motion to Compel Compliance with Subpoenas and in the Alternative to Amend the Section 1782 Subpoena [15] is GRANTED IN PART** as follows:

    1) Susan James will produce the responsive information that is on subject laptop within seven (7) days from today.  Plaintiff Broadsheet will pay Christopher James for up to one (1) hour of his time, at no more than $80.00 per hour, to retrieve the information found on subject laptop and for the cost of the media required to hold the electronic information to be produced to Petitioner.

    2) Susan James will provide information regarding the costs and methods for copying information from the server to Petitioner within seven (7) days from today, as stated on record.

       3)  Within seven (7) days of receiving the proposals for retrieving the information from the server and the cost estimates, Broadsheet will elect which method of production they prefer and will be then bound to pay the associated costs.  Susan James will have thirty (30) days to produce the information retrieved from the server to Broadsheet.

Oral certification with respect to documents made by Ms. James, as stated on record.

**2:13 p.m.**      **Court in recess.**

Hearing concluded.
Total in-court time    00:43

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.